**Charles BROOKS, III, Plaintiff—Appellant,**

**v.**

**John DOE, Warden Senior of Sussex II State Prison; Vargo, Assistant Warden, Defendants—Appellees.**

No. 11–7629.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2012.

Decided: Feb. 28, 2012.

Charles Brooks, III, Appellant Pro Se.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Brooks, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Brooks v. Doe*, No. 2:11–cv–00568–MSD–FBS (E.D.Va. Nov. 9, 2011). We also deny Brooks' pending motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*